**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **TOUCHSCREEN TECHNOLOGY, LLC,**<br><br>    Plaintiff,<br>v.<br><br>**TCL COMMUNICATION TECHNOLOGY HOLDINGS, LTD., TCT MOBILE LIMITED, and TCT MOBILE (US), INC.,**<br><br>    Defendants. | C.A. No.  15-566-LPS<br><br>JURY TRIAL DEMANDED |

## STIPULATION TO STAY

Touchscreen Technology, LLC and TCT Mobile (US), Inc. hereby agree, subject to the approval of the Court, that this action be stayed for an additional two weeks, until July 11, 2016, as the parties finalize the settlement agreement.

Dated:  June 28, 2016                                             Respectfully submitted,

FARNAN LLP                                                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Brian E. Farnan*_____                  */s/ Jack B. Blumenfeld*_____
Brian E. Farnan (Bar No. 4089)                             Jack B. Blumenfeld (#1014)
Michael J. Farnan (Bar No. 5165)                          Stephen J. Kraftschik (#5623)
919 North Market Street                                       1201 North Market Street
12th Floor                                                              P.O. Box 1347
Wilmington, DE 19801                                          Wilmington, DE 19899-1347
Telephone: 302-777-0300                                     (302) 658-9200
Facsimile: 302-777-0301                                      jblumenfeld@mnat.com
bfarnan@farnanlaw.com                                      skraftschik@mnat.com
mfarnan@farnanlaw.com

                                                                            *Attorneys for TCT Mobile (US), Inc.*

*Attorneys for Plaintiff*

IT IS SO ORDERED this _____day of June, 2016.

                                                                   _____
                                                                   The Honorable Leonard P. Stark